# EXHIBIT 1

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. |
|---|

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*



Instructions are on page 2.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | (203) 503 – 6800 | 3/12/2024 |

| ☒ Judicial District  ☐ Housing Session | G.A. Number: | At (City/Town) New Haven | Case type code (See list on page 2) Major: T  Minor: 20 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Frederick P. Leaf | 033672 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 776 – 9368 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) fred@fleaflaw.com |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Alvelo, Angela <br> Address: 26 Bowhax Hill Road, Branford, CT 06405 | P-01 |
| Additional plaintiff | Name: <br> Address: | P-02 |
| First defendant | Name: Amazon.comServices, Inc. <br> Address: c/o Secretary of the State of Connecticut, 30 Trinity St., Hartford, CT 06106 | D-01 |
| Additional defendant | Name: Amazon.com Sales, Inc. <br> Address: c/o Corporation Service Company, 100 Pearl St., 17th Flr. MC-CSC1, Hartford, CT 06103 | D-02 |
| Additional defendant | Name: Amazon.com Services LLC <br> Address: c/o Corporation Service Company 100 Pearl St., 17thh Flr., Hartford, CT 06103 | D-03 |
| Additional defendant | Name: <br> Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 3 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. **The court staff is not allowed to give advice on legal matters.**

| Date 1/30/2024 | Signed (Sign and select proper box) [signature] | ☒ Commissioner of Superior Court  ☐ Clerk | Name of person signing Frederick P. Leaf |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

ATTEST
A TRUE COPY
[signature]
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

## Instructions

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   Do *not* use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| | | | | T 40 | Assault and Battery |
| Housing | H 10 | Housing - Return of Security Deposit | | T 50 | Defamation |
| | H 12 | Housing - Rent and/or Damages | | T 61 | Animals - Dog |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 69 | Animals - Other |
| | H 50 | Housing - Administrative Appeal | | T 70 | False Arrest |
| | H 60 | Housing - Municipal Enforcement | | T 71 | Fire Damage |
| | H 90 | Housing - All Other | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 68 | Bar Discipline - Inactive Status | | | |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 83 | Small Claims Transfer to Regular Docket | | W 90 | All other |
| | M 84 | Foreign Protective Order | | | |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| RETURN DATE: MARCH 12, 2024 | * | SUPERIOR COURT |
| ANGELA ALVELO fka ANGELA DISOTELL | * | JUDICIAL DISTRICT OF |
| VS. | * | NEW HAVEN AT NEW HAVEN |
| AMAZON.COM SERVICES, INC. & AMAZON.COM SALES, INC., & AMAZON.COM SERVICES, LLC | * | JANUARY 30, 2024 |

## COMPLAINT

1. This action is brought as a "Product Liability Claim" within the meaning of that term as described in Section 52-572m(b) of the General Statutes of Connecticut, (C.G.S.) pursuant to the terms and provisions of the Connecticut "Product Liability Law", Sections 52-572m through 52-572r, inclusive, of the Connecticut General Statutes (C.G.S.).

2. Prior to and at all times hereinafter mentioned, the defendants, AMAZON.COM, INC. & AMAZON.COM SALES, INC. & AMAZON.COM SERVICES, L.L.C., (hereinafter referred to as the defendant "AMAZON") were and still are foreign corporations or a Limited Liability Company organized and existing under the laws of the State of Delaware, with a principle place of business at 410 Terry Avenue North, Seattle, Washington 98109. Said defendants are and were duly authorized to do business in the State of Connecticut, and were acting by and through its duly authorized agents, servants and employees.

3. Prior to and at all times hereinafter mentioned, the defendant AMAZON was and still is engaged in the business of

1

selling products over the internet and delivering merchandise ordered by individuals, such as the plaintiff herein, by mail or other carriers including its own carriers.

4. The defendant Amazon sells general merchandise, including, inter alia, electric kitchen appliances, such as electric blenders to the general public.

5. On or before January 24, 2023 the defendant AMAZON owned, controlled, operated, possessed and maintained a business that was open to members of the general public, such as the plaintiff, who were invited to order products promoted by Amazon on its "web site" and social media for the purpose of conducting business with the defendant AMAZON.

6. Under the defendant AMAZON's merchandising scheme, said household electric products would be displayed on its web site with the expectation that said products, such as electric blenders, would be selected by shoppers without the assistance of the defendant AMAZON's sales personnel and would be paid by customers, such as the plaintiff, herein by credit card or such other similar payment method.

7. On or before January 24, 2023 the plaintiff, Angela Alvelo formerly known as Angela Disotell, (hereinafter referred to as "the plaintiff") had placed an order with the defendant over the internet to purchase an electric blender with the intention of purchasing this product from the defendant, to be used by

2

her or members of her family in their home, all as more fully set forth herein.

electric blender.

8. Said electric blender was defective and unreasonably dangerous to the plaintiff or members of her family, including her children, because when it arrived at the plaintiff's home it required the user such as the plaintiff to assemble said blender without being forewarned that the batteries which operate said blender were charged and could become operative while the purchaser such as the plaintiff was assembling said product.

9. Said blender was defective and unreasonably dangerous to the plaintiff because the product instructions for assembling said blender failed to provide people, such as the plaintiff, with adequate warnings, instructions and/or safety precaution information concerning the danger presented by assembling the product while the batteries were charged and in the course of assembling the blender could be activated by merely touching a button on the blender.

10. These defects caused the injuries and losses for which the plaintiff seeks compensation.

11. These defects existed at the time the defendant AMAZON delivered said blender with the expectation that customers such as the plaintiff would select this product.

12. This product was expected to and did reach the plain-

tiff without substantial change in condition.

13. At the time the injuries occurred, the plaintiff was unaware of any defect therein or injury which might occur while assembling said blender and touching the button which activated the blade in said blender.

14. The plaintiff's injuries were proximately caused by the acts or omissions of the defendant AMAZON, its agents, servants, employees and/or officers, acting within the scope of their authority and/or employment as set forth herein.

15. The defendant AMAZON impliedly warranted that the electric blender, which it offered for sale, was adequately contained, packaged and labeled with adequate warnings to the consumer that the blade in the blender could be activated in the process of assembling the blender and render it neither fit for its ordinary purpose nor safe for use in a normal manner.

16. The defendant AMAZON breached this implied warranty because the electric blender was not adequately contained, packaged and labeled with any warning and hence not fit for its ordinary purpose, and not safe for use in a normal manner.

17. The defendant AMAZON's breach of this implied warranty caused the injuries and losses of the plaintiff described herein.

18. Pursuant to §52-572m et seq., the defendants are liable for the injuries and losses sustained by the plaintiff in or more of the following ways:

    i. In that the blender was manufactured, sold, distributed, supplied or retailed in an unreasonably dangerous condition and thus present an unreasonable risk of injury to the plaintiff;
    ii. In that the defendants failed to design the electric blender in a way that it would not spontaneously turn on during assembly;
    iii. In that the defendants failed to warn or otherwise instruct the plaintiff that the blender could spontaneously start;
    iv. In that the warnings or instructions provided were inadequate by failing to provide sufficient notice to the plaintiff of the dangerous propensities of the electric blender;
    v. In that the defendants breached their duty to properly test the electric blender to determine whether it could cause injuries to the user during assembly, and
    vi. In that the defendants failed to make the necessary and proper modifications to the electric blender to protect against its propensity to cause injuries to prospective users, such as the plaintiff herein.

19. The defendant AMAZON expressly warranted through advertisements, brochures, and written and oral statements by its agents, servants, employees and officers and by adopting statements that said product was merchantable, free of defects and suitable for the purposes intended.

20. The plaintiff relied on the defendant AMAZON's adoptive affirmations of fact, representations and warranties in purchasing said product and placing it in her shopping cart.

21. The defendant AMAZON breached the aforesaid warranties in that said product was not of merchantable quality, fit or safe for the use in a normal manner.

22. As a result of the defendant's negligence, the plaintiff sustained and suffered the following severe and disabling

personal injuries, some or all of which may be permanent:

    1) Laceration of the fingers of her right hand;
    2) Lacerations to the distal third of her right thumb with decreased sensation proximal to the nail bed of her right thumb;
    3) Lacerations to her right pointer (index) finger
    4) Lacerations to the ventral middle phalanx of her right index finger with decreased sensation distal to the laceration on ventral side of said finger
    5) Lacerations to the right middle finger central middle phalanx, and
    6) Lacerations to her right ring finger with partial thickness laceration.

    23. Said injuries involve the muscles, blood vessels, nerves, tendons, ligaments, joints, cartilages and soft tissues surrounding the sites of the above injuries.

    24. As a result of the aforementioned injuries, the plaintiff has incurred expenses for medical, surgical, and hospital treatment as well as surgical revision of said injuries diagnostic tests, x-rays, injections, and drugs.

    25. For all of the aforementioned injuries, the plaintiff has suffered, and will continue to suffer for some time to come, great pain and mental anguish, loss of sleep and appetite, nervousness, and some of the said injuries, or the effects thereof, are or will be permanent.

    26. As a further result, the plaintiff was and is unable to fully attend to her usual and customary household and social activities and duties, and she will be unable to perform or fully attend to the same in the future.

DATED at New Haven, Connecticut this 30th day of January, 2024.

THE PLAINTIFF, ANGELA ALVELO fka ANGELA DISOTELL

BY _____
FREDERICK P. LEAF, Her Attorney
234 Church Street
Post Office Box 2044
New Haven, Connecticut 06521
Tel. (203) 776-9368  Juris No. 033672
fred@fleaflaw.com

C:\WS\COMPL'T\PRODUCT\ALVELO.CPT

Attest
A TRUE COPY

_____
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

7

```
RETURN DATE: MARCH 12, 2024           *    SUPERIOR COURT

ANGELA ALVELO fka ANGELA DISOTELL     *    JUDICIAL DISTRICT OF

VS.                                   *    NEW HAVEN AT NEW HAVEN

AMAZON.COM SERVICES, INC. &
AMAZON.COM SALES, INC.,
& AMAZON.COM SERVICES, LLC            *    JANUARY 30, 2024
```

### CLAIM FOR RELIEF

The plaintiff claims:

1. Money damages;

2. Interest and costs in bringing this action.

DATED at New Haven, Connecticut this 30th day of January, 2024.

THE PLAINTIFF, ANGELA ALVELO fka ANGELA DISOTELL

BY _____
FREDERICK P. LEAF, Her Attorney
234 Church Street
Post Office Box 2044
New Haven, Connecticut 06521
Tel. (203) 776-9368  Juris No. 033672
fred@fleaflaw.com

C:\WS\COMPL'T\PRODUCT\ALVELO.CPT

Attest
A TRUE COPY

PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

8

| | | |
|---|---|---|
| RETURN DATE: MARCH 12, 2024 | * | SUPERIOR COURT |
| ANGELA ALVELO fka ANGELA DISOTELL | * | JUDICIAL DISTRICT OF |
| VS. | * | NEW HAVEN AT NEW HAVEN |
| AMAZON.COM SERVICES, INC. & AMAZON.COM SALES, INC., & AMAZON.COM SERVICES, LLC | * | JANUARY 30, 2024 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand, exclusive of interests and costs, is greater than $15,000.

DATED at New Haven, Connecticut this 30th day of January, 2024.

THE PLAINTIFF, ANGELA ALVELO fka ANGELA DISOTELL

BY_____
FREDERICK P. LEAF, Her Attorney
234 Church Street
Post Office Box 2044
New Haven, Connecticut 06521
Tel. (203) 776-9368  Juris No. 033672
fred@fleaflaw.com

C:\WS\COMPL'T\PRODUCT\ALVELO.CPT #8157

Attest
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

9