UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ANGELA ALVELO, f/k/a ANGELA DISOTELL  Plaintiff,  v.  AMAZON.COM SERVICES, INC.; AMAZON.COM SALES, INC.; and AMAZON.COM SERVICES LLC,  Defendants. | C.A. NO. 3:24-CV-00285-VAB |

**<u>STIPULATION WITH RESPECT TO THE AMOUNT IN CONTROVERSY</u>**

Plaintiff Angelo Alvelo, f/k/a Angela Disotell ("Plaintiff") and defendants Amazon.com Services Inc., Amazon.com Sales, Inc., and Amazon.com Services LLC ("the Amazon Defendants") hereby stipulate and agree as follows:

1. The amount in controversy in this matter, exclusive of interest and costs, does not exceed $75,000.

2. Plaintiff's recoverable damages in this matter, if any, shall be capped at $75,000, exclusive of interest and costs.

3. If judgment is entered against any of the Amazon Defendants in this matter and Plaintiff's total damages are determined to exceed $75,000, exclusive of interest and costs, Plaintiff agrees that she (i) will not accept any damages in excess of $75,000 from the Amazon Defendants and (ii) will file a motion seeking remittitur of any such damages within five Court days.

4. Plaintiff and Amazon agree that neither party will be awarded costs or fees for remanding the case to state court and that a separate joint motion to remand the

case to the Connecticut Superior Court, Judicial District of New Haven at New Haven, will be filed in the federal court.

Amazon expressly retains its rights to challenge Plaintiff's damages claims and any award of interest or costs. Amazon does not waive any of its defenses to any of Plaintiff's claims, whether known or unknown, by agreeing to this Stipulation.

The Stipulation shall be of no effect unless duly executed by the parties and filed in both state and federal court.

DATED: March 26, 2024

        ANGELA ALVELO, f/k/a ANGELA DISOTELL
By Her Attorney,

*/s/ Frederick P. Leaf*\* (signed with assent)
Frederick P. Leaf (Juris #033672)
fred@fleaflaw.com
234 Church Street, #401
P.O. Box 2044
New Haven, CT 06521
Tel: (203) 776-9368
Fax: (203) 498-1505

AMAZON.COM SERVICES, INC.,
AMAZON.COM SALES, INC. AND
AMAZON.COM SERVICES, LLC
By their Attorneys,

CAMPBELL CONROY & O'NEIL, P.C.

*/s/ Curtis A. Berglund*
James M. Campbell (Juris #09276)
jmcampbell@campbell-trial-lawyers.com
Curtis A. Berglund (Juris #29058)
cberglund@campbell-trial-lawyers.com
20 City Square, Suite 300
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115

-3-

## **CERTIFICATE OF SERVICE**

      I, Curtis A. Berglund, counsel for defendants Amazon.com Services, Inc., Amazon.com Sales, Inc. and Amazon.com Services, LLC, hereby certify that on March 26, 2024, the foregoing Stipulation With Respect to the Amount in Controversy was filed electronically with the Court using the Court's electronic filing system (CM/ECF), which will send notification of such filing to counsel of record. The foregoing document was also served by regular mail and email upon the following counsel of record:

Frederick P. Leaf, Esquire
fred@fleaflaw.com
234 Church Street, #401
P.O. Box 2044
New Haven, CT 06521
Tel: (203) 776-9368

                                                            */s/ Curtis A. Berglund*
                                                            Curtis A. Berglund