UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANGELA ALVELO, f/k/a ANGELA DISOTELL | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| | ) C.A. NO. 3:24-CV-00285-VAB |
| AMAZON.COM SERVICES, INC.;<br>AMAZON.COM SALES, INC.; and<br>AMAZON.COM SERVICES LLC, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## JOINT MOTION FOR ORDER OF REMAND

Plaintiff Angela Alvelo, f/k/a Angela Disotell ("Plaintiff") and defendants Amazon.com Services Inc., Amazon.com Sales, Inc., and Amazon.com Services LLC ("Amazon") (collectively, the "Parties") hereby jointly move for an Order remanding this action to the Superior Court, Judicial District of New Haven at New Haven, State of Connecticut, where it was initially filed. As grounds for their Motion, the Parties state that they have executed a stipulation which caps the total amount of damages at $75,000, exclusive of interest and costs, which is less than the amount-in-controversy requirement of 28 U.S.C. § 1332. As further grounds, the Parties state as follows:

1. This is a personal injury action. Plaintiff originally filed this action in the Superior Court, Judicial District of New Haven at New Haven, State of Connecticut.

2. Based on the nature of Plaintiff's alleged injuries and damages, Defendants removed the action to this Court pursuant to 28 U.S.C. §§ 1332(a)(1), 1441 and 1446.

3. Subsequent to the removal of the action, counsel for the Parties agreed to a Stipulation with respect to the amount in controversy that caps the total recoverable amount of

damages (exclusive of interest and costs) at $75,000, exclusive of interest and costs, which is less than the amount in controversy requirement of 28 U.S.C. § 1332.

4. No memorandum is necessary for this Motion since this is a joint motion filed by the Parties who consent to the requested remand.

WHEREFORE, the Parties respectfully request that their Motion be allowed and that the Court issue an Order remaining this action back to the Superior Court, Judicial District of New Haven at New Haven, State of Connecticut.

DATED: March 26, 2024

| | |
|---|---|
| ANGELA ALVELO, f/k/a ANGELA DISOTELL | AMAZON.COM SERVICES, INC., AMAZON.COM SALES, INC. AND AMAZON.COM SERVICES, LLC |
| By Her Attorney, | |
| | By their Attorneys, |
| */s/ Frederick P. Leaf\** (signed with assent) | |
| Frederick P. Leaf (Juris #033672) | CAMPBELL CONROY & O'NEIL, P.C. |
| fred@fleaflaw.com | |
| 234 Church Street, #401 | */s/ Curtis A. Berglund* |
| P.O. Box 2044 | James M. Campbell (Juris #09276) |
| New Haven, CT 06521 | jmcampbell@campbell-trial-lawyers.com |
| Tel: (203) 776-9368 | Curtis A. Berglund (Juris #29058) |
| Fax: (203) 498-1505 | cberglund@campbell-trial-lawyers.com |
| | 20 City Square, Suite 300 |
| | Boston, MA 02129 |
| | Tel: (617) 241-3000 |
| | Fax: (617) 241-5115 |

-3-

## **CERTIFICATE OF SERVICE**

      I, Curtis A. Berglund, counsel for defendants Amazon.com Services, Inc., Amazon.com Sales, Inc. and Amazon.com Services, LLC, hereby certify that on March 26, 2024, the foregoing Joint Motion for Order of Remand was filed electronically with the Court using the Court's electronic filing system (CM/ECF), which will send notification of such filing to counsel of record. The foregoing document was also served by regular mail and email upon the following counsel of record:

Frederick P. Leaf, Esquire  
fred@fleaflaw.com  
234 Church Street, #401  
P.O. Box 2044  
New Haven, CT 06521  
Tel: (203) 776-9368

                                                */s/ Curtis A. Berglund*  
                                                Curtis A. Berglund